IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON J. RAY                                                                         PLAINTIFF

v.                    Civil Case No. 4:10CV00724 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                               DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 9th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE